UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-20127-CIV-MORENO

PAOLA GUARDIOLA,

      Plaintiff,

vs.

CG RYC, LLC; CG MIAMI RIVER LLC;
FOOD AND LEVERAGE, LLC; STEPHANE
DUPOUX, and MEYER CHETRIT,

      Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the Court upon The Law Firm Zarco, Einhorn, Salkowski & Brito, P.A.'s Motion to Withdraw as Counsel for Plaintiff **(D.E. 15)**, filed on **April 10, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Plaintiff shall represent herself *pro se* until she retains new counsel.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ of April 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record