UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cv-20127-MORENO

PAOLA GUARDIOLA,

    Plaintiff,

vs.

CG RYC LLC; CG MIAMI RIVER LLC;
FOOD AND LEVERAGE, LLC;
STEPHANE DUPOUX; AND MEYER CHETRIT,

    Defendants.
_____/

**PLAINTIFF, PAOLA GUARDIOLA'S,
MOTION TO COMPEL EARLY MEDIATION**

Plaintiff, Paola Guardiola, respectfully moves to compel early mediation and states:

COMBINED OVERVIEW AND MEMORANDUM

1. Plaintiff alleges Defendants failed to fully and properly pay Plaintiff for her earned wages pursuant to the Fair Labor Standards Act and common law.

2. Plaintiff, PAOLA GUARDIOLA, was not given her final paycheck—an issue that is easily determined at this early stage.

3. Given that this case is in an early stage of litigation, there is the potential to settle this matter prior to either side incurring substantial fees and costs.

4. The Court in Blanco GmbH + Co. KG observed that early mediation may be ordered given the benefits of early resolution and explained: "The Local Rules of this Court recognize the benefits that mediation can provide and permit this Court to refer matters to mediation. L.R. 16.2(a)(2), (d)(1), S.D. Fla." Blanco GmbH + Co. KG v. Vlanco Industries, LLC, No. 12-61580-civ-ROSENBAUM/SELTZER, 2012 WL 12838280 at *1 (S.D. Fla. Nov. 19,

2012).  While the Motion for Early Mediation was considered unopposed as no response was filed, the Court recognized that the Court has the authority to order early mediation and that such early mediation may confer the benefits of early resolution.

5.     This is particularly possible here, as Plaintiff clearly was not given her final paycheck and as other contested amounts can be reasonably compromised to reach an early resolution.  Given the early stage of this case, early resolution would serve judicial economy in addition to saving both parties the time and costs of further litigation.

**WHEREFORE,** Plaintiff respectfully requests that the Court Order the parties to complete mediation within Thirty (30 Days) of the date of the Order and for such other relief as may be deemed just and proper.

CERTIFICATE OF GOOD FAITH

I HEREBY CERTIFY that I have complied with Local Rule 7.1(a)(3) and that counsel for Plaintiff has conferred with all parties (5/10/18 written correspondence and previous oral communications) who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion and has been unable to do so.  Defendants oppose Plaintiff's Motion to Compel Early Mediation.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof has been served by electronic mail upon all persons on the attached service list on May 11, 2018.

Respectfully submitted,

**LAW OFFICES OF PAUL A. SACK, P.A.**
1130 Washington Avenue, Suite 3
Miami Beach, Florida 33139
Telephone: 305-397-8077

2

                            Facsimile: 305-763-8057

By:    /s/ PAUL A. SACK, ESQ.
         FBN: 363103
         Primary: paul@paulsacklaw.com
         ps1619@bellsouth.net

         R. BRANDON DEEGAN, ESQ.
         FBN: 117368
         Primary: deegan@paulsacklaw.com

## SERVICE LIST

| | |
|---|---|
| LOWELL J. KUVIN, ESQ. | PAUL A. SACK, ESQ. |
| Fla. Bar No. 53072 | Fla. Bar No. 363103 |
| lowell@kuvinlaw.com | Paul A. Sack, P.A. |
| Law Offices of Lowell J. Kuvin, LLC | Attorney for Plaintiff |
| 17 East Flagler Street, Suite 223 | 1130 Washington Avenue, Suite 3 |
| Miami, Florida 33131 | Miami Beach, Florida 33139 |
| Tel.: 305-358-6800 | Telephone: (305) 397-8077 |
| Fax: 305-358-6808 | Facsimile: (305) 763-8057 |
| Attorney for Defendants | Primary: paul@paulsacklaw.com |
| | ps1619@bellsouth.net |
| | |
| | R. BRANDON DEEGAN, ESQ. |
| | Fla. Bar No. 117368 |
| | Paul A. Sack, P.A. |
| | Attorney for Plaintiff |
| | 1130 Washington Avenue, Suite 3 |
| | Miami Beach, Florida 33139 |
| | Telephone: (305) 397-8077 |
| | Facsimile: (305) 763-8057 |
| | Primary: deegan@paulsacklaw.com |